## 2008 ME 28

### Michael L. CHASSE

v.

### STATE of Maine.

Supreme Judicial Court of Maine.

Decided: Feb. 12, 2008.

Stuart W. Tisdale, Jr., Esq. Tisdale & Davis, P.A., Portland, ME, for Michael L. Chasse.

R. Christopher Almy, Dist. Atty., Bangor, ME, for the State of Maine.[1]

Panel: SAUFLEY, C.J., and CLIFFORD, ALEXANDER, LEVY, SILVER, and GORMAN, JJ.

PER CURIAM.

[¶ 1] Pursuant to 15 M.R.S. § 2131 and M.R.App. P. 19, Michael L. Chasse has sought review by the Law Court by filing a petition seeking a certificate of probable cause in this, his first, post-conviction review proceeding. Chasse contends that the Superior Court erred or exceeded its discretion in dismissing his petition for failing to raise any proper grounds for post-conviction review. Based on our review, we determine that the petition should not have been dismissed, because the one-year limitation period in 15 M.R.S. § 2128 does not apply to the petition for relief Chasse filed. Chasse's petition is premised upon 15 M.R.S. § 2124(2), which permits petitions based upon: "[i]ncarceration or increased incarceration imposed pursuant to a post-sentencing proceeding following a criminal judgment, although the criminal judgment itself is not challenged."

The entry is:

The Superior Court's dismissal of Chasse's petition is vacated and the matter is remanded to that court for a hearing on the merits of Chasse's claim.

---

1. Note by Reporter of Decisions: Because this case was decided on the petition for a certificate of probable cause, the State of Maine did not participate in the appeal. M.R.App. P. 19(c).